■ The People of the State of New York, Respondent, v Jose Martinez, Appellant. [887 NYS2d 924]—An appeal having

been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles Solomon, J.), rendered on or about September 27, 2005, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Andrias, Friedman, Nardelli and Moskowitz, JJ.